JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACRINA PARRA, an individual, | Case No.: 8:24-cv-01535-JWH-KES |
| Plaintiff, | *Assigned to the Hon. John W. Holcomb* <br> *Magistrate Judge Karen E. Scott* |
| vs. | |
| NISSAN NORTH AMERICA, INC., a Delaware Corporation, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | |

Based upon the stipulation of the parties, and in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** as follows:

1. The stipulation is **GRANTED**.
2. The entire action, including all claims and counterclaims stated herein against all parties, is hereby **DISMISSED without prejudice**.
3. The Court retains jurisdiction over the terms of the settlement agreement.

**IT IS SO ORDERED.**

Dated: April 30, 2025

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE